UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARGARET LAMOUREUX and PIERRE LAMOUREUX,<br><br>Plaintiffs,<br><br>v.<br><br>PERRY CORBETT and "JANE DOE" CORBETT, and their marital community composed thereof, and the UNITED STATES OF AMERICA,<br><br>Defendants. | No. C04-5718 KLS<br><br>STIPULATED MOTION AND ORDER TO CONTINUE DISCOVERY DEADLINE<br><br>**(Clerk's Action Required)** |

## I. STIPULATION

IT IS HEREBY STIPULATED by and between the undersigned counsel for the plaintiffs and defendants above-named, that due to the fact that plaintiffs' experts have been unable to timely supply reports, further depositions may need to be taken, and the parties await medical records and billing statements from Singapore (which is where some of Ms. Lamoureux treatment was provided) it is necessary to continue the discovery deadline from August 15, 2005 to September 15, 2005 in order to accomplish the above.

/////

/////

/////

STIPULATED MOTION AND ORDER TO
CONTINUE DISCOVERY DEADLINE - 1

LAW OFFICES OF
RESSLER & TESH, PLLC
EXCHANGE BUILDING
PENTHOUSE SUITE
821 SECOND AVENUE
SEATTLE, WA 98104
(206) 388-0333

DATED this 2nd day of August, 2005.

_(original signed)_                  _(original signed)_
Priscilla Chan, WSBA #28533       Allen M. Ressler, WSBA #5330
Assistant U.S. Attorney              Timothy Tesh, WSBA #28249
Attorney for Defendants            RESSLER & TESH, PLLC
                                        Attorneys for Plaintiff

## II. ORDER

Pursuant to the above Stipulation,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Discovery Deadline currently set for August 15, 2005 be continued to September 15, 2005.

DONE IN OPEN COURT this 4th day of August, 2005.

_s/ Karen L. Strombom_
Karen L. Strombom
U.S. Magistrate Judge

Presented by:

_(original signed)_
Allen M. Ressler, WSBA #5330
Timothy Tesh, WSBA #28249
RESSLER & TESH, PLLC
Attorneys for Plaintiff

Approved for Entry; Notice
of Presentation Waived:

_(original signed)_
Priscilla Chan, WSBA #28533
Assistant U.S. Attorney
Attorney for Defendants

---

STIPULATED MOTION AND ORDER TO
CONTINUE DISCOVERY DEADLINE - 2

LAW OFFICES OF
RESSLER & TESH, PLLC
EXCHANGE BUILDING
PENTHOUSE SUITE
821 SECOND AVENUE
SEATTLE, WA 98104
(206) 388-0333