1                                               Magistrate Judge Judge Karen L. Strombom

2

3

4

5

6

7

8

UNITED  STATES  DISTRICT  COURT
WESTERN  DISTRICT  OF  WASHINGTON
AT TACOMA

MARGARET LAMOUREUX and PIERRE
LAMOUREUX, wife and husband,

                    Plaintiffs,

                    v.

UNITED STATES OF AMERICA,

                    Defendant.

No.  C04-5718KLS

ORDER AMENDING
PRE-TRIAL DATES AND
GRANTING CONTINUANCE
OF TRIAL

### ORDER

     Based on the stipulation of the parties and counsel, and the agreement of the Court, the

proposed amendments to the Court's January 27, 2005, *Order Setting Trial, Pre-Trial Dates and*

*Ordering Mediation,* as set forth below is

**SO ORDERED**.  The Clerk is directed to send copies of this Order to all counsel of record.

| | |
|---|---|
| Discovery Deadline: | February 15, 2006 (previously September 15, 2005) |
| Motions Due: | February 15, 2006 (previously September 13, 2005) |
| Settlement Report due by: | May 4, 2005 (previously November 21, 2005) |
| Motions in Limine due by: | April 20, 2006 (previously November 14, 2005) |
| Pre-trial Order due by: | May 11, 2006 (previously November 29, 2005) |
| Trial Briefs submitted by: | May 11, 2006 (previously November 29, 2005) |

UNITED  STATES  ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98104-1271
TEL. (206) 553-7970

| | | |
|---|---|---|
| 1 | Proposed Findings of Fact and Conclusions of Law: | May 11, 2006 (previously November 29, 2005) |
| 2 | Pre-trial Conference : | May 18, 2006 (previously December 6, 2005) |
| 3 | Trial Date: | May 25, 2006 (previously December 6, 2005) |
| 4 | | |
| 5 | DATED this 27th day of October, 2005. | |

Karen L. Strombom
United States Magistrate Judge

Presented by:

*s/ Allen M. Ressler*
ALLEN M. RESSLER
Attorney for Plaintiffs

*s/ Priscilla T. Chan*
PRISCILLA T. CHAN
Assistant United States Attorney
Attorney for Defendant United States

AGREED ORDER AMENDING  PRE-TRIAL DATES
AND GRANTING CONTINUANCE OF TRIAL - 2
(C04-5718KLS)